# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sheik Clifford Jefferson El Bey, <br><br> Plaintiff, <br><br> v. <br><br> Julia Clark and Credit Acceptance, <br><br> Defendants. | Civil Action No. <br> 3:18-cv-15377 (PGS) (LHG) <br><br> **MEMORANDUM AND ORDER** |

**SHERIDAN, U.S.D.J.**

Having carefully considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

**IT IS** on this 1st day of December, 2018;

**ORDERED** that the application is **GRANTED**; and it is further

**ORDERED** that the clerk is directed to file the complaint; and it is further

**ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

PETER G. SHERIDAN, U.S.D.J